**UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **Glenda Y Chappelle**         |         **Chapter 13**
           **Debtor(s)**         |         **BK No. 19-14463-amc**

<u>**CERTIFICATE OF NO RESPONSE**</u>

The undersigned does hereby certify:

1.     That I am the attorney for Glenda Y Chappelle, debtor in the above-caption matter.

2.     That a copy of the Supplemental Application for Compensation filed with the Court on June 15, 2022 along with the Notice of Application and Certificate of Service were timely served on parties in interest on June 15, 2022.

3.     A response deadline to the application was due on or before July 6, 2022.

4.     As of July 14, 2022, no response to said Application has been received.

                                               **ROSS, QUINN & PLOPPERT, P.C.**

                                       By: */s/ Joseph L. Quinn*_____
                                            Joseph L. Quinn, Esquire
                                            Attorney for Debtor
                                            Attorney I.D. No. 307467
                                            192 S. Hanover Street, Suite 101
                                            Pottstown, PA 19464
                                            Ph: (610) 323-5300

Dated: <u>July 14, 2022</u>